IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DAVID BRYANT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-07-0547 |
| | § | |
| A/S DAMPSKIBSSELSKABET TORN | § | |
| *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

TO ALL COUNSEL OF RECORD:

As you know, this case has been reassigned. The defendant filed a summary judgment motion on January 28, 2009. Counsel for the plaintiff must advise no later than March 6, 2009, whether he intends to file a response to the summary judgment motion. If so, the response is due no later than March 20, 2009.

SIGNED on February 26, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge